**WO**                                                                                                       SC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Beauford Powell,                          )     No. CV 12-0663-PHX-GMS (DKD)
                                          )
           Plaintiff,            )     **ORDER**
                                          )
vs.                                       )
                                          )
Shawn Magness,                            )
                                          )
           Defendant.            )
                                          )
_____       )

      Plaintiff Beauford Powell, who is confined in the Fourth Avenue Jail in Phoenix, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983, which the Court dismissed with leave to amend.  (Doc. 5.)  Plaintiff then filed a First Amended Complaint. (Doc. 6.)  In an Order filed on July 20, 2012, the Court dismissed two of Plaintiff's claims but ordered service of the First Amended Complaint on Defendant as to a third claim.  (Doc. 8.)  The Court stayed the filing of a response by Defendant Magness as to the third claim pending further Court order.  (Id.)  The Court ordered Magness to file a notice every 90 days regarding the status of Plaintiff's state criminal cases.  (Id.)

      Plaintiff has filed two motions for extension of time.  (Doc. 9, 10.)  In his motions, Plaintiff recounts his efforts to obtain copies of cases cited in the Court's prior Order and asks for an extension.  Plaintiff appears to believe that his First Amended Complaint was dismissed with leave to amend.  Plaintiff is mistaken.  The Court dismissed two of Plaintiff's claims and stayed the filing of a response by the Defendant to the remaining claim pending further order of court.  In short, the Court has not set any deadline with which Plaintiff must

comply. Thus, there is no deadline to be extended against Plaintiff. Accordingly, Plaintiff's motions will be denied as moot.

**Warnings**

**A.    Release**

Plaintiff must pay the unpaid balance of the filing fee within 120 days of his release. Also, within 30 days of his release, he must either (1) notify the Court that he intends to pay the balance or (2) show good cause, in writing, why he cannot. Failure to comply may result in dismissal of this action.

**B.    Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**C.    Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. <u>See</u> LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**D.    Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d at 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED** that Plaintiff's motions for extension of time are **denied** as moot. (Doc. 9, 10.)

DATED this 27th day of August, 2012.

_A. Murray Snow_

G. Murray Snow
United States District Judge

- 2 -